IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WAYNE COOMBS,    : | |
|     Petitioner,    : | |
| : | CIVIL ACTION |
| v.    : | |
| : | NO. 04-1841 |
| DAVID DIGUGLIELMO, et al.,    : | |
|     Respondents.    : | |

## ORDER

**AND NOW**, this 7th day of October 2014, upon receipt of the Third Circuit's mandate in this case [Doc. No. 61], it is hereby **ORDERED** that the Report & Recommendation of Magistrate Judge Thomas J. Rueter [Doc. No. 46] is **ADOPTED** and the Petition of Wayne Coombs for a Writ of Habeas Corpus is **DISMISSED**. The case remains **CLOSED**.

    **IT IS SO ORDERED**.

                                             **BY THE COURT:**

                                             __/s/ Cynthia M. Rufe__
                                             **CYNTHIA M. RUFE, J.**